UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HILDA SANCHEZ DE MENDOZA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.  1:22-cv-01190-BAK(HBK)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE THE SCHEDULING ORDER AND SUMMONS<br><br>(Doc. No.  2) |

　　　　Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915.

　　　　Accordingly, it is **ORDERED**:

　　　　1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

　　　　2. The Clerk is directed to issue the Scheduling Order and summons.  **Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.**

Dated:　　September 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE