UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HILDA SANCHEZ DE MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01190-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16) |

Pending before the Court is the parties' stipulation for order in which Plaintiff Maria Hilda Sanchez De Mendoza ("Plaintiff") requests a 60-day extension of time to file a motion for summary judgment. (Doc. 16).  Previously, Plaintiff filed a notice of 30-day extension (Doc. 14), extending the time for the filing of a summary judgment motion from February 6, 2023, to March 1, 2023.  On February 28, 2023, Attorney Dolly Marlo Trompeter, Esq. filed a notice of appearance on behalf of Plaintiff.  (Doc. 15).

Plaintiff's counsel's states she needs an extension of time because she "has 10 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court."  (Doc. 16 at 2).  Plaintiff's counsel also notes she has limited working time due to a close family member's poor health.  *Id.*  In light of Plaintiff's counsel's representations, Plaintiff has demonstrated good cause for the extension.

Accordingly, it is HEREBY ORDERED, Plaintiff shall have a 60-day extension of time, from March 8, 2023, to May 8, 2023, for Plaintiff to serve and file Plaintiff's motion for summary judgment. All other dates in the Court's Scheduling Order (Doc. 6) shall be extended by 60 days.

No further extension will be granted without a timely filed request by one or both parties and showing of good cause.

IT IS SO ORDERED.

Dated: **March 2, 2023**

UNITED STATES MAGISTRATE JUDGE