UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HILDA SANCHEZ DE MENDOZA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-01190-JLT-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 18) |

　　　　Pending before the Court is Plaintiff Maria Hilda Sanchez De Mendoza's ("Plaintiff") second stipulation and third request for an extension of time to file a motion for summary judgment. (Doc. 18). Specifically, Plaintiff asks for a four-day extension of time, from May 8, 2023, to May 12, 2023, for Plaintiff to serve her motion for summary judgment on Defendant and to file the motion. *Id*.

　　　　Accordingly, in light of the parties representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, Plaintiff shall have a four-day extension of time, from May 8, 2023, to May 12, 2023, for Plaintiff to serve and file Plaintiff's motion for summary judgment.

/ / /

The Court's Scheduling Order (Doc. 6) shall continue to govern the filing of any opposition and/or reply brief.

IT IS SO ORDERED.

Dated: **May 1, 2023**

_____
UNITED STATES MAGISTRATE JUDGE