UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HILDA SANCHEZ DE MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>    Defendant. | Case No.: 1:22-cv-1190 JLT CDB<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND TERMINATING PLAINTIFF'S MOTION FOR FEES AS MOOT<br><br>(Docs. 28, 29) |

Maria Hilda Sanchez de Mendoza and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $9,800.00 pursuant to the Equal Access to Justice Act.  (Doc. 29 at 1.)  Accordingly, the Court **ORDERS**:

    1.    Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $9,800.00 under 28 U.S.C. § 2412(d).

    2.    Plaintiff's motion for attorney's fees (Doc. 28) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

                                                                  UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this suit.